Opinion issued December 9, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00223-CV

———————————

Neelofer S. Durrani M.D. and Memorial OB/GYN, Appellants

V.

Michele
Cirillo, Appellee



 



 

On Appeal from the 125th District Court

Harris County, Texas



Trial Court Case No. 2008-36832

 



 

MEMORANDUM OPINION

 

          Appellants Neelofer S. Durrani, M.D.
and Memorial OB/GYN have filed an unopposed motion to dismiss this
interlocutory appeal.  See Tex.
R. App. P. 42.1(a); see also Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(9) (Vernon 2008) (allowing
interlocutory appeal from order denying motion to dismiss under Tex. Civ. Prac. & Rem. Code Ann. § 74.351(b) (Vernon Supp. 2010)).

          We grant the motion and dismiss the appeal.

 

PER CURIAM

Panel consists of Chief Justice Radack and
Justices Massengale and Nuchia.[1]

 











[1]
          The
Honorable Sam Nuchia, retired Justice, Court of Appeals for the First District
of Texas, sitting by assignment.